UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVID GREENSTEIN,<br><br>               Plaintiff,<br><br>   v.<br><br>THE HERSHEY COMPANY and DOES 1-5, inclusive,<br><br>               Defendants. | Case No. CV 17-1152-GW(JPRx)<br><br>Hon. George H. Wu<br><br>**ORDER GRANTING STIPULATION FOR DISMISSAL WITH PREJUDICE**<br><br>Action Filed: December 21, 2016<br>Trial Date:    None Set |

The Court has reviewed the Stipulation For Dismissal With Prejudice, IT IS HEREBY ORDERED THAT:

1. The Stipulation is approved.

2. All claims Plaintiff has asserted against all defendants in this action are hereby dismissed with prejudice. Each party shall bear its own costs, expenses and attorneys' fees.

IT IS SO ORDERED.

Dated: May 3, 2017

*/s/ George H. Wu*

GEORGE H. WU, U.S. DISTRICT JUDGE

# CERTIFICATE OF SERVICE

This Certificate of Service is made in compliance with Local Rule 5.1.2 and Civ.R. 5(b). I am employed in the County of Los Angeles, State of California. I am over the age of 18 and not a party to the within action. My business address is 515 South Flower Street Forty-Second Floor, Los Angeles, CA 90071-2223.

On the date indicated below, a true and correct copy of the foregoing **[PROPOSED] ORDER GRANTING STIPULATION FOR DISMISSAL WITH PREJUDICE** was filed with Court and served electronically and will be available for viewing and downloading from the Court's CM/ECF system:

The Notice of Electronic Case Filing automatically generated by the system and sent to all parties entitled to service under the Federal Rules of Civil Procedure and the Local Rules of the Central District of California who have consented to electronic service shall constitute service of the filed document to all such parties.

Executed on **May 4, 2017**, at Los Angeles, CA.

I declare under penalty of perjury that I am employed in the office of a member admitted to practice before the District Court for the Central District of California and ECF registered in this Court at whose direction the service was made and that the foregoing is true and correct.

By _____
Stella S. Villegas

---

1
[PROPOSED] ORDER GRANTING STIPULATION FOR DISMISSAL WITH PREJUDICE
1243312.1